# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RYAN JAMES WELCH

VERSUS

KASEY SMITH WELCH

NO.  2020 CW 0518

**AUGUST 17, 2020**

---

In Re:  Ryan James Welch, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 199119.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT